UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-20435-CIV-SEITZ/BANDSTRA

SHIRLEY WARNER,

       Plaintiff,

v.

HIALEAH HOUSING AUTHORITY,

       Defendant.
_____/

## SUMMARY FINAL JUDGMENT

For the reasons stated in the Court's concurrently-issued Order Granting Defendant's Motion for Summary Judgment, it is hereby

ORDERED that Summary Final Judgment be and the same is hereby ENTERED in favor of Defendant Hialeah Housing Authority and against Plaintiff Shirley Warner. Plaintiff shall take NOTHING by this action and Defendant go hence without day. All pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 11th day of March, 2004.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Bandstra
Andrew Rosenblatt, Esq., Fax: 305-577-4353
Jeffrey Martin Hearne, Esq., Fax: 305-573-5800